In the Matter of CHESTER F. X. BERGER, as President of Radio Guild, Local 50, United Office and Professional Workers of America, C.I.O., Appellant. WORLD BROADCASTING SYSTEM, INC., Respondent. (Appeal No. 2.) — Order, denying petitioner's motion to compel respondent to proceed to arbitration concerning a dispute with respect to a wage reopening clause in the collective bargaining agreement made between the parties, affirmed, with $10 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.; Shientag, J., dissents and votes to reverse and grant the motion to compel respondent to proceed to arbitration, in the following memorandum: Under subdivisions A and B of section XXI of the collective bargaining agreement, either party on thirty days written notice to the other party was given the right to "reopen, this contract once, on January 6, 1948, for the sole purpose of adjusting salary rates upward or downward." The notice was to "set forth the adjustments desired and the basis therefor." Instinct in this collective bargaining agreement is the obligation to arbitrate any dispute with respect to such revision of wages. This is unlike the provision in *Matter of Int. Assn. of Machinists (Cutler-Hammer, Inc.)* (271 App. Div. 917, affd. 297 N. Y. 519) where the collective bargaining agreement merely provided that the company would "discuss" a bonus payment. [191 Misc. 870.]

## (June 23, 1948.)

In the Matter of MAXWELL M. WALLACH.— Motion for leave to appeal to the Court of Appeals and for other relief in all respects denied. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of the Application of JOSEPH SPEISER to Vacate His Resignation as a Member of the Bar of the State of New York.—Motion denied. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

## (June 30, 1948.)

In the Matter of the Petition of CELIA SIEGEL, a General Guardian of ALAN K. SIEGEL, an Infant, Respondent, for Leave to Draw and Apply Money for Maintenance and Education. Joan L. Siegel, as Coguardian, Appellant. In the Matter of the Petition of CELIA SIEGEL, a General Guardian of NANCY G. SIEGEL, an Infant, Respondent, for Leave to Draw and Apply Money for Maintenance and Education. Joan Louise Siegel, as coguardian, Appellant.— Orders unanimously affirmed, with printing disbursements to the respondent and to the appellant, payable out of the infants' fund. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

RALPH W. SABIN, Appellant, v. PEARL S. SABIN, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present— Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

RALPH W. SABIN, Appellant, v. PEARL S. SABIN, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of MILTON GLADSTONE.— Motion to vacate order of disbarment and for other relief denied. Present — Peck, P. J., Glennon, Dore, and Callahan, JJ.

In the Matter of DAVID J. LEWIS.— Motion to vacate order of disbarment and for other relief denied. Present — Peck, P. J., Glennon, Dore, and Callahan, JJ.